Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Terry L. Black Jr.**  : Case No. 14−22454−GLT
    *Debtor(s)*  : Chapter: 13
    :
M&T Bank  :
    *Movant,*  :
    : Related to Claim No. 2
    v.  :
Terry L. Black Jr.  :
Ronda J. Winnecour, Esq., Trustee  :
    *Respondent.*  :

## ORDER

    **AND NOW**, this **8th day of March, 2017,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***M&T Bank*** at Claim No. 2 in the above−captioned bankruptcy case,

    It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an ***AMENDED CHAPTER 13 PLAN;***

(2) a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

    ***The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.*** **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Terry L. Black, Jr.  
    Debtor

Case No. 14-22454-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Mar 08, 2017  
                         Form ID: 237     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2017.  
db           +Terry L. Black, Jr.,    410 Wallage Ave,    Bessemer, PA 16112-9220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13873063        E-mail/Text: camanagement@mtb.com Mar 09 2017 00:55:51      M&T Bank,    PO Box 900,    Millsboro, DE 19966  
13918380        E-mail/Text: camanagement@mtb.com Mar 09 2017 00:55:51      M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288  
                                                                                                                                                                                                                               TOTAL: 2

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2017 at the address(es) listed below:  
          Andrew F Gornall     on behalf of Creditor     M&T BANK agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
          James Warmbrodt     on behalf of Creditor     M&T BANK bkgroup@kmllawgroup.com  
          Joshua I. Goldman     on behalf of Creditor     M&T BANK bkgroup@kmllawgroup.com  
          Michael C. Eisen     on behalf of Debtor Terry L. Black, Jr. attorneyeisen@yahoo.com, aarin96@hotmail.com  
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                                                                                                                                 TOTAL: 6