Certificate Number: 17572-PAW-DE-033032090

Bankruptcy Case Number: 14-22454



17572-PAW-DE-033032090

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 27, 2019, at 12:27 o'clock PM PDT, Terry Black completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  June 27, 2019           By:   /s/Judy Alexander

                               Name: Judy Alexander

                               Title: Counselor