**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/25/19 3:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
TERRY L. BLACK, JR.

    Debtor(s)
Ronda J. Winnecour, Trustee
    Movant
    vs.
TERRY L. BLACK, JR.

    Respondents

Case No. 14-22454GLT

Chapter 13

Document No. 44

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __25th__ day of __June__, 20__19__, it is hereby ORDERED, ADJUDGED, and DECREED that,

> Liberty Mutual Insurance Co
> Attn: Payroll Manager
> 100 Liberty Way
> Dover, NH 03820

is hereby ordered to immediately terminate the attachment of the wages of TERRY L. BLACK, JR., social security number XXX-XX-2376. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of TERRY L. BLACK, JR..

FURTHER ORDERED:

    Dated: 6/25/19

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Terry L. Black, Jr.
    Debtor

Case No. 14-22454-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy               Page 1 of 1             Date Rcvd: Jun 25, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2019.
db             +Terry L. Black, Jr.,    410 Wallage Ave,    Bessemer, PA 16112-9220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2019 at the address(es) listed below:
      Andrew F Gornall     on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
      James    Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      Michael C. Eisen     on behalf of Debtor Terry L. Black, Jr. attorneyeisen@yahoo.com,
       aarin96@hotmail.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6