FILED
7/3/19 10:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:    TERRY L. BLACK, JR. | : | Bankruptcy No. 14-22454-GLT |
| Debtor(s) | : | |
| | : | Chapter 13 |
| BRANDI M. BLACK | : | |
| Movant | : | |
| v. | : | Related Dkt. No. 49 |
| | : | |
| LIBERTY MUTUAL INSURANCE | : | |
| Respondent | : | |
| WO-2 SSN: XXX-XX-2621 | : | |

### ORDER OF COURT

AN NOW THIS ___3rd___ day of __July__, 2019, it is hereby ORDERED, ADJUDGED, and DECREED that,

> Liberty Mutual Insurance
> Attn: Payroll Manager
> 100 Liberty Way
> Dover, NH 03820

is hereby ordered to immediately terminate the wage attachment of the wages of the non-filing spouse, BRANDI M. BLACK, social security number XXX-XX-2621. No future payments are to be sent to Ronda J. Winnecour on behalf of the non-filing spouse, BRANDI M. BLACK.

Dated: __7/3/19__

_____
U.S. BANKRUPTCY JUDGE  hct

cc: Debtor (s)
    MICHAEL C. EISEN, ESQ.           , Attorney for the debtor(s)
    RONDA J. WINNECOUR PA ID#30399   , Chapter 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Terry L. Black, Jr.  
    Debtor

Case No. 14-22454-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy          Page 1 of 1          Date Rcvd: Jul 03, 2019  
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2019.  
db         +Terry L. Black, Jr.,   410 Wallage Ave,   Bessemer, PA 16112-9220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2019 at the address(es) listed below:  
        Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com  
        James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
        Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
        Michael C. Eisen    on behalf of Debtor Terry L. Black, Jr. attorneyeisen@yahoo.com, aarin96@hotmail.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                        TOTAL: 6