Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Terry L. Black Jr.** : | Case No. 14–22454–GLT |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | |
| v. : | Related to Document No. 53 |
| **No Respondents** : | |
| *Respondent(s).* : | Hearing Date: 10/8/19 at 11:00 AM |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this *The 30th of July, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 53 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before September 13, 2019*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *October 8, 2019 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-22454-GLT
Terry L. Black, Jr.                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel                 Page 1 of 1              Date Rcvd: Jul 30, 2019
                              Form ID: 604               Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
db          +Terry L. Black, Jr.,    410 Wallage Ave,    Bessemer, PA 16112-9220
13873058    +Brandi Black,    410 Wallage Ave,    Bessemer, PA 16112-9220
13873060   ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
             (address filed with court: Collection Service Center,     PO Box 1623,    Butler, PA 16003)
13873059    +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
13873065    +Sears,   PO Box 6282,    Sioux Falls, SD 57117-6282
13930168     Wells Fargo Bank, N.A.,     PO Box 10438,   Des Moines, IA 50306-0438
13873067    +Wells Fargo Financial National Bank,     800 Walnut Street,   Des Moines, IA 50309-3891

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13874426    +E-mail/Text: bankruptcy@huntington.com Jul 31 2019 03:22:03     Huntington National Bank,
              P O Box 89424,    Cleveland OH 44101-6424
13873061    +E-mail/Text: bankruptcy@huntington.com Jul 31 2019 03:22:03     Huntington National Bank,
              PO Box 1558,   Dept EAW25,    Columbus, OH 43216-1558
13873062    +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 03:23:33     Lowe's,    GE Capital Retail Bank,
              Attn: Bankruptcy Dept,    PO Box 103104,   Roswell, GA 30076-9104
13918380     E-mail/Text: camanagement@mtb.com Jul 31 2019 03:21:05     M&T Bank,    P.O. Box 1288,
              Buffalo, NY 14240-1288
13873063     E-mail/Text: camanagement@mtb.com Jul 31 2019 03:21:05     M&T Bank,    PO Box 900,
              Millsboro, DE 19966
13925100     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2019 03:37:06
              Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13873064    +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 03:24:24     Sam's Club,
              GE Capital Retail Bank,    Attn: Bankruptcy Dept,   PO Box 103104,     Roswell, GA 30076-9104
13873066    +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 03:25:10     TJX Rewards,
              GE Capital Retail Bank,    Attn: Bankruptcy Dept,   PO Box 103104,     Roswell, GA 30076-9104
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
cr              M&T Bank
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    M&T BANK andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Michael C. Eisen    on behalf of Debtor Terry L. Black, Jr. attorneyeisen@yahoo.com,
               aarin96@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6