IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/18/19 8:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   TERRY L. BLACK, JR.

        Debtor(s)

   Ronda J. Winnecour
         Movant
         vs.
   No Repondents.

Case No.:14-22454

Chapter 13

Related to Dkt. No. 53

## ORDER OF COURT

AND NOW, this 18th Day of September, 2019, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

**ENTERED BY DEFAULT**

_____
U.S. BANKRUPTCY JUDGE   jah

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 14-22454-GLT
Terry L. Black, Jr.                                             Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: culy                Page 1 of 1           Date Rcvd: Sep 18, 2019
                               Form ID: pdf900           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.
```
db            +Terry L. Black, Jr.,    410 Wallage Ave,    Bessemer, PA 16112-9220
13873058      +Brandi Black,    410 Wallage Ave,    Bessemer, PA 16112-9220
13873060     ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
             (address filed with court: Collection Service Center,     PO Box 1623,    Butler, PA 16003)
13873059      +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
13873065      +Sears,   PO Box 6282,    Sioux Falls, SD 57117-6282
13930168       Wells Fargo Bank, N.A.,    PO Box 10438,   Des Moines, IA 50306-0438
13873067      +Wells Fargo Financial National Bank,    800 Walnut Street,    Des Moines, IA 50309-3891
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13874426      +E-mail/Text: bankruptcy@huntington.com Sep 19 2019 03:28:03      Huntington National Bank,
               P O Box 89424,    Cleveland OH 44101-6424
13873061      +E-mail/Text: bankruptcy@huntington.com Sep 19 2019 03:28:03      Huntington National Bank,
               PO Box 1558,    Dept EAW25,    Columbus, OH 43216-1558
13873062      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:18:39      Lowe's,   GE Capital Retail Bank,
               Attn: Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
13918380       E-mail/Text: camanagement@mtb.com Sep 19 2019 03:27:15      M&T Bank,   P.O. Box 1288,
               Buffalo, NY 14240-1288
13873063       E-mail/Text: camanagement@mtb.com Sep 19 2019 03:27:15      M&T Bank,   PO Box 900,
               Millsboro, DE 19966
13925100       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2019 03:38:52
               Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13873064      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:21:29      Sam's Club,
               GE Capital Retail Bank,    Attn: Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
13873066      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:21:29      TJX Rewards,
               GE Capital Retail Bank,    Attn: Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             M&T BANK
cr             M&T Bank
                                                                                              TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor   M&T BANK andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Michael C. Eisen    on behalf of Debtor Terry L. Black, Jr. attorneyeisen@yahoo.com,
               aarin96@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```